IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV10 5267

| | |
|---|---|
| GARFIELD PEATE, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>Charles Schwab Investment Management, Inc., et al.<br><br>Defendant. | CASE NO.<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jeffrey A. Berens, whose business address and telephone number is

DYER & BERENS LLP
303 East 17th Ave., Suite 300
Phone: (303) 861-1764

and who is an active member in good standing of the bar of USDC District of Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff in the above-captioned action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 1, 2010.



Judge William Alsup