Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (SBN: 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Robert J. Dyer III (admitted *pro hac vice*)
bob@dyerberens.com
Jeffrey A. Berens (admitted *pro hac vice*)
jeff@dyerberens.com
**DYER & BERENS LLP**
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone:  (303) 861-1764
Facsimile:   (303) 395-0393

*Counsel for Garfield Peate*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARFIELD PEATE, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.; SCHWAB INVESTMENTS; and CHARLES SCHWAB & CO., INC.,<br><br>Defendants. | Case No. C-10-05267-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Garfield Peate hereby gives notice of the dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 3, 2011

Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: __/s/ Mark Punzalan__
      Mark Punzalan

Rosemary M. Rivas
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Robert J. Dyer III (admitted *pro hac vice*)
Jeffrey A. Berens (admitted *pro hac vice*)
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone:  (303) 861-1764
Facsimile:   (303) 395-0393

*Counsel for Garfield Peate*

# CERTIFICATE OF SERVICE

I, Julia Dito, declare as follows:

I am employed by Finkelstein Thompson, 100 Bush Street, Suite 1450, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On January 3, 2011, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

[X]   **BY U.S. MAIL:** I mailed the foregoing via first-class U.S. mail, postage prepaid, to the participants at the addresses listed below.

Faith E. Gay
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 3rd day of January 2011 at San Francisco, California.

*/s/ Julia Dito*
Julia Dito

---

1
CERTIFICATE OF SERVICE
Case No. 10-05267-WHA